■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE CAPPUCCIO, Appellant. [50 NYS3d 270]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Laura Ward, J.), rendered March 30, 2015 and March 31, 2015, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Friedman, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.